UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH J. DIBENEDETTO,<br>          Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>          Defendants. | CIVIL ACTION NO.:  04-10570-RCL |

## NOTICE OF APPEARANCE

Now comes John E. Young, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

        Respectfully submitted,
        National Railroad Passenger Corporation,
        By its attorneys,


        /s/ John E. Young_____
        John E. Young, BBO #654093
        FLYNN & ASSOCIATES, P.C.
        400 Crown Colony Drive
        Suite 200
        Quincy, MA 02169
        (617) 773-5500
        (617) 773-5510 (facsimile)

DATE: June 22, 2005