UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10570-RCL

JOSEPH DIBENEDETTO,
    Plaintiff

vs.

**NOTICE OF WITHDRAWAL**

NATIONAL RAILROAD
PASSSENGER CORPORATION,
    Defendant

Please enter my **WITHDRAWAl** as counsel representing the Defendant, National Railroad Passenger Corporation, relative to the above-captioned action.

Respectfully submitted,

By its attorney,

Paul J. Sahovey
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO # 437900

Dated:   June 21, 2005