UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH J. DIBENEDETTO,
    *Plaintiff,*

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,

*Defendants.*

Civil Action No. 04-10570RCL

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

    Plaintiff, Joseph J. DiBenedetto, hereby moves that Don P. Palermo, Esquire, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

    The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Federal Employers Liabilities Act.

Dated: Nov. 17, 2005

                  Respectfully submitted,

                  JOSEPH J. DIBENEDETTO

                  Plaintiff

                  By his Attorney,

                  Michael J. McDevitt
                  Lawson & Weitzen, LLP
                  88 Black Falcon Avenue, Suite 345
                  Boston, MA 02210-1736
                  Telephone: (617) 439-4990
                  Facsimile: (617) 439-3987