UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH J. DIBENEDETTO,
    *Plaintiff,*

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,
Defendants

Civil Action No. 04-10570RCL

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of Pennsylvania and the bar of the federal district court for the District of Pennsylvania, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(3) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

_____
Don P. Palermo, Esq.
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, PA  19106-3413
Telephone: 1-888-222-3352
Facsimile: (215) 446-4479

_____
Local Associate Counsel
Michael J. McDevitt, (BBO No. 564720)
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

ORDER:    This motion is hereby _____

_____
United States District Judge

Date: _____