

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Don Paul Palermo, Jr., Esq.

**DATE OF ADMISSION**

**November 28, 1994**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 9, 2005

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk