UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOSEPH DIBENEDETTO**

**V.**                                           **CIVIL ACTION NO. 04-10570-RCL**

**N.R.P.C.**

### SETTLEMENT ORDER OF DISMISSAL

LINDSAY, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

January 5, 2006                                    /s/ Lisa M. Hourihan
                                                   --------------------------
                                                   Deputy Clerk