UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH J. DIBENEDETTO,
    Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER
CORPORATION,
    Defendant.

CIVIL ACTION NO.: 04-10570-RCL

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-entitled action agree that the same may be dismissed with prejudice and without costs.

Respectfully submitted,

The plaintiff,
Joseph J. DiBenedetto
By his attorneys:

_____
Don P. Palermo, Esq
Hannon & Joyce
The Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
(215) 446-4460

DATED: 3/6/06

The defendant,
National Railroad Passenger Corp.,
By its attorneys:

_____
John H. Young, BBO #654093
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500